UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 14 B 04573
CHAPTER 13

Doreen M. Jones

JUDGE DONALD R CASSLING

DEBTOR   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US BANK TRUST NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 11 | 4 | XXXXXX4817 | $615.90 | $615.00 | $615.00 |
| Total Amount Paid by Trustee | | | | | $615.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit     **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 14-04573-DRC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 17th day of October, 2018.

Debtor:
Doreen M. Jones
14716 Avalon Ave
Dolton, IL 60419

Attorney:
DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL 60090
via Clerk's ECF noticing procedures

Creditor:
US BANK TRUST NA
% CALIBER HOME LOANS INC
PO BOX 24330
OKLAHOMA CITY, OK 73124

Mortgage Creditor:
BENEFICIAL MTG
% IRA T NEVEL
175 N FRANKLIN
CHICAGO, IL 60602

Mortgage Creditor:
BENEFICIAL FINANCIAL I INC
% HSBC MORTGAGE SERVICES INC
PO BOX 21188
EAGAN, MN 55121

Mortgage Creditor:
CALIBER HOME LOANS
% MANLEY DEAS KOCHALSKI LLC
PO BOX 16528
COLUMBUS, OH 43216-5028

Creditor:
US BANK TRUST NATIONAL ASSOC
% MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

ELECTRONIC SERVICE - United States Trustee


Date:  October 17, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603